# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN GARZA; COLUMBIA GARZA

    Plaintiff(s),

vs.

PACIFIC GAS AND ELECTRIC COMANY, et al.

    Defendant(s).

Case #2:16-CV-00595-JAD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    James Mink, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Sedgwick LLP
(firm name)

with offices at  333 Bush Street. 30th Floor,
(street address)

San Francisco, California, 94104,
(city) (state) (zip code)

415-781-7900, james.mink@sedgwicklaw.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by PACIFIC GAS AND ELECTRIC COMPANY to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since  May 29, 2002 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | 3/29/2005 | 219267 |
| USDC, Eastern District of California | 12/19/2008 | 219267 |
| USDC, Central District of California | 2/10/2012 | 219267 |
| USDC, Southern District of California | 3/29/2016 | 219267 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar
Bar Association of San Francisco

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| SEE ATTACHMENT | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __San Francisco__ )

____James Mink____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__1st__ day of __April__, __2016__.

__Lynn M. Curry__
Notary Public or Clerk of Court

LYNN M. CURRY
Commission # 2049480
Notary Public - California
San Francisco County
My Comm. Expires Dec 16, 2017

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Michael E. Stoberski__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Olson, Cannon, Gormley Angulo & Stoberski, 9950 W. Cheyenne Ave.____,
(street address)

__Las Vegas__, __Nevada__, __89129__,
(city)            (state)           (zip code)

__702-384-4012__, __mstoberski@ocgas.com__.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael E. Stoberski_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Stephen L. Schirle, PG&E, Managing Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4762                    mstoberski@ocgas.com
Bar number              Email address

APPROVED:

Dated: April 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

## ATTACHMENT TO
## VERIFIED PETITION FOR PERMISSION TO PRACTICE

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Application Granted or Denied |
|---|---|---|---|
| 3/25/16 | *Robert Richards, et al. v. Pacific Gas and Electric Co., et al.* | US District Court, District of Nevada Case No. 2:12-cv-00522-MDD-CWH | Pending |
| 4/1/16 | *Juliana Martinez; Moises Toledo v. Pacific Gas and Electric Co., et al.* | US District Court, District of Nevada Case No. 2:16-cv-00594-JAD-NJK | Pending |

Please note that these cases are related.

| | |
|---|---|
| THE STATE BAR OF CALIFORNIA | MEMBER RECORDS & COMPLIANCE |

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 29, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES LANDON MINK, #219267 was admitted to the practice of law in this state by the Supreme Court of California on May 29, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records